**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DOUGLAS H. LOWERY, JR.,**

      **Plaintiff,**

**vs.**                        **Case No.  3:10cv457/MCR/MD**

**MICHELLE JENSEN,**

      **Defendant.**

_____/

**O R D E R**

      Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 3, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

      Accordingly, it is now ORDERED as follows:

      1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.      This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

      DONE AND ORDERED this 2nd day of February, 2011.

                     s/ *M. Casey Rodgers*

                     **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**